# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE GRIFFITH,<br><br>            Plaintiff,<br><br>      vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant.<br>_____ / | No.  1:07-cv-00819 OWW TAG<br><br>ORDER TO SHOW CAUSE WHY<br>ACTION SHOULD NOT BE DISMISSED<br>FOR FAILURE TO PROSECUTE |

   Plaintiff Candace Griffith ("claimant" or "plaintiff"), proceeding pro se, seeks judicial review of an administrative decision denying her claim for supplemental security income under the Social Security Act ("Act").  Claimant filed her complaint on June 6, 2007.  (Doc. 1).  A Scheduling Order issued on June 7, 2007.  (Doc. 4).

   Pursuant to that Scheduling Order, claimant was required to serve her complaint upon the Commissioner within 20 days after filing her complaint, specifically by June 26, 2007, and to file return of service with this court.  (See Doc. 4 at ¶ 1).  To date, however, no proof of service has been filed with the court, and thus claimant has not complied with the Scheduling Order in this respect.

   Therefore, claimant shall be ordered to show cause why this action should not be dismissed for failure to prosecute.

///

///

///

1     Accordingly, IT IS HEREBY ORDERED that, within twenty (20) days of the date of service
2 of this Order, claimant shall show cause, in writing, why this action should not be dismissed for
3 failure to prosecute.

5 IT IS SO ORDERED.

6 Dated: **October 1, 2007**                                       **/s/ Theresa A. Goldner**
                                                            UNITED STATES MAGISTRATE JUDGE