# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE GRIFFITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:07-cv-0819 OWW TAG<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br>(Doc. 6)<br><br>SUA SPONTE ORDER GRANTING<br>PLAINTIFF AN EXTENSION OF TIME<br>TO EFFECT SERVICE OF COMPLAINT<br>AND SUMMONS |

　　　This Court having timely received a letter response from pro se plaintiff Candace Griffith (Doc.7), construed as a response to Order to Show Cause (Doc. 6), and good cause appearing,

　　　IT IS ORDERED that

　　　1.　The Court's Order to Show Cause Why Action Should Not Be Dismissed For Failure to Prosecute (Doc. 6) is hereby DISCHARGED; and

　　　2.　The Court, sua sponte, GRANTS plaintiff Candace Griffith, an additional twenty (20) days from the date of service of this order to effect service of her complaint and summons on the requisite parties.

　　　**Plaintiff is advised that failure to comply with this order will result in a recommendation that her case be dismissed.**

IT IS SO ORDERED.

Dated:　**October 24, 2007**　　　　　　　　　　　　　　　　/s/ Theresa A. Goldner
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE